JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>UPS SUPPLY CHAIN SOLUTIONS, INC.; UPS ASIA GROUP PTE. LTD.; and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No.: 2:19-cv-00413-AB-AS<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

RELATED THIRD-PARTY ACTION

  Based on the stipulation of counsel of record for Plaintiff STARR INDEMNITY & LIABILITY COMPANY ("STARR"), Defendants UPS SUPPLY CHAIN SOLUTIONS, INC. and UPS ASIA GROUP PTE. LTD. (collectively "UPS") and Third-Party Defendant OCEAN NETWORK EXPRESS PTE. LTD. ("ONE"), who stipulate that this entire action, including all third-party claims, be dismissed with prejudice, based on a settlement among the parties, and good cause having been shown:

  IT IS ORDERED, that the above entitled action is dismissed in its entirety, with prejudice.

Based on the stipulation of counsel for the parties, each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: May 30, 2019

_____
Honorable André Birotte Jr.
United States District Court